# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 27 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

United States of America )
v. )
Jason Romon Wooden )
) Case No: 4:05CR00005-001
) USM No: 11327-084
Date of Previous Judgment: March 6, 2007 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __36__ months **is reduced to** __35 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 31          Amended Offense Level: 29
Criminal History Category: II       Criminal History Category: II
Previous Guideline Range: 121 to 151 months   Amended Guideline Range: 120 to 121 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __3/6/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-27-08

Effective Date: ~~3/3/08~~ 4-7-08
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title